UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| STEPHEN STERNER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:17-CV-228 |
| AT&T, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated June 6, 2018, [Doc. 4]. In that Report and Recommendation, the Magistrate Judge recommends that the action be dismissed as frivolous and for failure to state a federal claim upon which relief can be granted. The Magistrate Judge further recommends that such dismissal be without prejudice to the plaintiff's right to re-file. The plaintiff has not filed an objection to the recommendation, and the time for doing so has passed.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation, [Doc. 4], is **ADOPTED** and **APPROVED**, and that the plaintiff's action is dismissed for failure to state a claim.

ENTER:

                                                                                         s/J. RONNIE GREER
                                                                     UNITED STATES DISTRICT JUDGE